

**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/2026

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Lauren Howland**
*Special Assistant Corporation Counsel*
Office:  (212) 356-2016

December 8, 2026

**VIA ECF**
Hon. Gregory H. Woods
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Law Office of Phillippe J. Gerschel v. N.Y.C. Dep't of Educ.,* 26-cv-1451 (GHW)(JW)

Dear Judge Woods:

I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, Muriel Goode-Trufant, attorney for Defendant in the above-referenced action, wherein Plaintiff seek solely attorneys' fees, costs and expenses for legal work on administrative proceedings under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq.* ("IDEA"), as well as for this action.

I write on behalf of the parties pursuant to the Court's February 24, 2026 Order (ECF No. 5) to respectfully request that the Court adjourn the Initial Pretrial Conference ("IPTC") (including the parties' submission of the attendant case management plan) currently scheduled for June 11, *sine die*, or any date thereafter that is convenient to the Court. This is the first request to adjourn the IPTC. We note that this is a fees-only claim, without the need for discovery, and liability is not at issue. Additionally, Given the foregoing, the parties believe an IPTC to be premature at this time. The requested adjournment will allow time for Plaintiff to file an amended Complaint, and for the parties to engage in settlement discussions, and ideally to resolve this matter without further intervention by the Court.

I additionally write on behalf of Defendant to respectfully request that the Court grant an extension of Defendant's time to respond to the Complaint from April 27, 2026 to September 4, 2026, *nunc pro tunc*. Defendant apologizes for the lateness of this request—the undersigned was just assigned to this matter due to an administrative oversight. Plaintiff consents to this request. This is the first request for an extension. The requested extension will give Defendant's counsel time to complete the City's internal review process process—which takes an average of 90 days from receipt of Plaintiff's attorney billing records (not yet provided by Plaintiff).

Accordingly, the parties respectfully request that the Court adjourn the IPTC currently scheduled for June 11, 2026, *sine die*, and Defendant respectfully requests that the time to respond to the Complaint be extended until September 4, 2026.

2

Thank you for considering these requests.

Respectfully submitted,
                    /s/
_____
Lauren Howland
Special Assistant Corporation Counsel


   cc: Leif Thorsten Simonson (via ECF)

Application granted in part.  Defendant's deadline to answer or otherwise respond to the complaint is extended to September 4, 2026.  The initial pretrial conference scheduled for June 11, 2026 is adjourned to September 4, 2026 at 3:00 p.m.  The parties' deadline for submission of pre-conference materials is extended to August 28, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 8.

SO ORDERED.
Dated:  June 10, 2026
New York, New York          _____
                              GREGORY H. WOODS
                            United States District Judge