USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/2026

**MEMORANDUM ENDORSED**

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Lauren Howland**
*Special Assistant Corporation Counsel*
Office: (212) 356-2016

October 15, 2026

Application granted. The initial pretrial conference scheduled for October 19, 2026 is adjourned to November 20, 2026 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's February 24, 2026 order, Dkt. No. 5, are due no later than November 13, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 17.

SO ORDERED.

Dated: October 15, 2026
New York, New York

GREGORY H. WOODS
United States District Judge

**VIA ECF**
Hon. Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *The Law Office of Phillipe J. Gershel v. New York City Dep't of Educ.*, 26-cv-1451 (GHW)(JW)

Dear Judge Woods:

I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, Steven Banks, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks, *inter alia*, attorneys' fees, costs and expenses for legal work on an administrative proceeding under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq.* ("IDEA"), as well as for this action.

I write respectfully and on behalf of the parties pursuant to the Court's August 31 and October 14 (ECF Nos. 14 &16) to jointly request that the Court adjourn the Initial Pretrial Conference ("IPTC") (including the parties' submission of the attendant case management plan) currently scheduled for October 19, 2026, until November 20, 2026 or any date thereafter that is convenient to the Court. The parties apologize for the lateness of this request, and thank the Court for graciously extending the deadline, *sua sponte*. This is the third request to adjourn the IPTC. The prior requests were granted on June 10 and August 31. Since the parties last request, the parties have continued to discuss a potential resolution, and remain optimistic regarding the prospect of settlement. The requested adjournment will allow time for the parties to engage in settlement discussions, and ideally to resolve this matter without further intervention by the Court.

Accordingly, the parties respectfully request that the Court adjourn the IPTC currently scheduled for November 20, 2026.

Thank you for considering this request.

Respectfully submitted,
/s/
Lauren Howland
Special Assistant Corporation Counsel

cc: All Counsel of Record (via ECF)